UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

In re:                                                                                  Case No.: 10-10759-s11

**THE VAUGHN COMPANY, REALTORS,**                        Chapter 11

    Debtor.

---

**JUDITH A. WAGNER,** Chapter 11 Trustee of
the Bankruptcy Estate of the Vaughn                     Civ. Case No.: 1:12-cv-00278-WJ-SWV
Company, Realtors,

    Plaintiff,

        v.

**F.R. (FRANK) HECKL,** and **VICKI HECKL**
a/k/a **VICKI PERRIGO,**

    Defendants.

## ORDER WITHDRAWING THE BANKRUPTCY REFERENCE OF THE ADVERSARY PROCEEDING

    **THIS MATTER** is before the Court on the motion of Defendants, Frank Heckl and Vicki Heckl, to withdraw the reference to the bankruptcy court of the adversary proceeding No. 12-1008s (the "Motion"); and the Court having reviewing all papers filed in connection with the Motion; and Plaintiff, Judith A. Wagner, having consented to the relief sought in the Motion; and good cause having been seen;

    IT IS ORDERED that the Motion is granted and this adversary proceeding shall proceed for all purposes in this Court.

    _____
    William P. Johnson
    UNITED STATES DISTRICT JUDGE

ALBUQUERQUE BUSINESS LAW, P.C.

/s/ electronically submitted
James Burns
Patrick J. Griebel
1803 Rio Grande Blvd. NW, Suite B
Albuquerque, NM 87104
Telephone: 505-246-2878
Email:  james@abqbizlaw.com
CO-COUNSEL FOR DEFENDANTS

DON HARRIS ATTORNEY AT LAW, P.C.

/s/ electronically submitted
Don Harris
*Co-counsel for Defendants*
1120 Pennsylvania NE
Albuquerque, NM 87110
(505) 299-4529
(505) 299-4524 –facsimile
donh@donharrislaw.com
CO-COUNSEL FOR DEFENDANTS


ARLAND & ASSOCIATES, LLC

Approved via Email 5/18/12
Edward Alexander Mazel
201 3rd St NW, Ste 505
Albuquerque, NM 87102-3331
Telephone: 505-338-4057
Email:  emazel@thearlandlawfirm.com
SPECIAL COUNSEL FOR TRUSTEE JUDITH A. WAGNER