```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO
```

In re:
THE VAUGHAN COMPANY, REALTORS,
    Debtor(s).                                Case No. 11-10-10759 SA

JUDITH A. WAGNER, Chapter 11 Trustee
of the bankruptcy estate of
the Vaughan Company, Realtors
    Plaintiff(s),
v.                                          Adversary No. 12-1008 J
F.R. (FRANK) HECKL and
VICKI HECKL, aka Vicki Perrigo
    Defendant(s).

## ORDER TRANSFERRING ADVERSARY PROCEEDING

It appearing to the Court that transfer of this adversary proceeding will facilitate its administration,

IT IS ORDERED that the above adversary proceeding is transferred to the Honorable Robert H. Jacobvitz. All future pleadings should bear the judge and location initials noted above.

                                           James S. Starzynski
                                           United States Bankruptcy Judge

Date Entered on Docket: May 24, 2012

COPY TO:

Edward Alexander Mazel
Arland & Associates, LLC
201 3rd ST NW, STE 505
Albuquerque, NM 87102-3331

Don F Harris
1120 Pennsylvania St, NE
Albuquerque, NM 87110

James T. Burns
Albuquerque Business Law, P.C.
1803 Rio Grande Blvd NW Suite B
Albuquerque, NM 87104